**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rashid Zaiimov,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-03341-PHX-SHR (JFM)

**ORDER**

On July 1, 2026, the Court granted Petitioner's habeas corpus petition at Respondents' concession and directed that "Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention." (Doc. 13.) On July 22, 2026, Petitioner filed a Motion to Enforce indicating he had been released on an Order of Supervision that imposed additional conditions that did not exist prior to his detention. (Doc. 15.) On July 28, 2026, the Court ordered Respondent to file a reply no later than August 4, 2026. In his response, Respondent acknowledges additional conditions were imposed and state: "Thus, Respondent does not oppose the Motion to Enforce." (Doc. 17.)

**IT IS THEREFORE ORDERED:** Petitioner's Motion to Enforce (Doc. 17 ) is **granted**. Respondent must immediately remove the Alternatives to Detention program conditions, electronic monitoring, GPS tracking ankle bracelet, and curfew requirement imposed on Petitioner.

**IT IS FURTHER ORDERED**: Respondent must provide a notice of compliance within **two days**.

Dated this 5th day of August, 2026.

Honorable Scott H. Rash
United States District Judge